# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: EXTENSION OF TEMPORARY : No. 336 Common Pleas Judicial
ASSIGNMENT OF JUDGES OF : Classification Docket
PHILADELPHIA MUNICIPAL COURT TO :
THE COURT OF COMMON PLEAS OF :
THE FIRST JUDICIAL DISTRICT OF :
PENNSYLVANIA :

# O R D E R

**PER CURIAM:**

AND NOW, this 4ᵗʰ day of March, 2016, the Petitions of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the extension of temporary assignment of Judges of Philadelphia Municipal Court to the Court of Common Pleas of the First Judicial District of Pennsylvania are hereby granted, as follows:

Hon. Frank T. Brady
Hon. Martin S. Coleman
Hon. James M. DeLeon
Hon. Teresa Carr Deni
Hon. Patrick F. Dugan
Hon. Joyce O. Eubanks
Hon. Jacquelyn Frazier-Lyde
Hon. Thomas F. Gehret
Hon. Barbara S. Gilbert
Hon. Charles Hayden
Hon. Nazario Jimenez, Jr.
Hon. Lydia Y. Kirkland
Hon. Gerard A. Kosinski
Hon. Henry Lewandowski III
Hon. William A. Meehan, Jr.
Hon. Bradley K. Moss
Hon. Marsha H. Neifield
Hon. Wendy L. Pew
Hon. Harvey W. Robbins

Hon. T. Francis Shields
Hon. David C. Shuter
Hon. Karen Y. Simmons
Hon. Craig M. Washington
Hon. Marvin L. Williams